# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| In the Matter of | : | No. 2231 Disciplinary Docket No. 3 |
| | : | |
| LORENZO C. FITZGERALD | : | Board File No. C1-14-361 |
| | : | |
| | : | (District of Columbia Court of Appeals, |
| | : | No. 13-BG-1502) |
| | : | |
| | : | Attorney Registration No. 42249 |
| | : | (Out of State) |
| | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 26th day of January, 2016, having failed to reply to this Court's directive to provide reasons against the imposition of a reciprocal suspension, Lorenzo C. Fitzgerald is suspended from the practice of law in this Commonwealth for a period of one year.  He is directed to comply with all the provisions of Pa.R.D.E. 217.

Mr. Justice Eakin did not participate in the decision of this matter.